UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

GENE FRISCH,

        Plaintiff,

                               Case No.:  12-C-249

vs.

UNITED RECOVERY SYSTEMS, L.P.,

        Defendant.

## STIPULATION FOR DISMISSAL

IT IS HEREBY AGREED by and between plaintiff Gene Frisch and defendant United Recovery Systems, L.P. that any and all claims by and between these parties in the above-captioned matter are to be dismissed with prejudice and without cost to any party.

Dated: October 11, 2012.        /s/ Gene Frisch
                                   Gene Frisch, pro se plaintiff
                                   6061 W. Leon Terrace
                                   Milwaukee, WI 53218

Dated: October 11, 2012.        /s/ Steven M. DeVougas
                                     David J. Hanus  [State Bar No. 1027901]
                                   Steven M. DeVougas  [State Bar No. 1056805]
                                   Attorneys for Defendant,
                                   UNITED RECOVERY SYSTEMS, L.P.
                                   HINSHAW & CULBERTSON LLP
                                   100 E. Wisconsin Avenue, Suite 2600
                                   Milwaukee, WI 53202
                                   Phone No.:  414-276-6464
                                   Fax No.:  414-276-9220
                                   E-mail Address(es): dhanus@hinshawlaw.com,
                                   sdevougas@hinshawlaw.com

16617246v1  0938022